UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 05-2249 |
| | ) | |
| v. | ) | |
| | ) | |
| PARIS UNION SCHOOL DISTRICT | ) | |
| NO. 95 and COMMUNITY UNIT | ) | |
| SCHOOL DISTRICT NO. 4, | ) | |
| | ) | |
| Defendants. | ) | |

Order on Pending Matters

This case is before the court for consideration of all pending matters.

On January 9, 2006, the court denied the plaintiff's motions to proceed as an unidentified party and for a temporary injunction. Since then, the plaintiff has twice moved the court [37] [39] to reconsider its order. The defendants have responded to each of those motions and the plaintiff has moved to strike the response [42].

After reading and considering the motions and responses and the matters offered in support, the court is not persuaded that its order of January 9, 2006 was in error. The court reiterates the rulings stated in that order.

Accordingly, the agreed motion [35] to amend or correct the complaint is allowed. The motions to reconsider [37] [39] are denied. The motion to strike a response [42] is denied.

Enter this 2nd day of March 2006.

**s\Harold A. Baker**
_____
Harold A. Baker
United States District Judge